IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION 05-00345-KD-C |
| | ) | |
| JAMES MADISON BROWN, | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on Defendant James Madison Brown's Motion for Early Termination of Supervised Release (Doc. 603) and the Government's response thereto, which expresses no objection to the relief sought by the Defendant's motion (Doc. 605). Upon consideration, the motion is due to be **GRANTED**.

A review of the record indicates that, on June 1, 2006, the Defendant pled guilty to one count of conspiracy to defraud the United States in violation of 18 U.S.C. § 371. (Doc. 135). On January 16, 2009, the Court sentenced the Defendant to a term of imprisonment to be followed by a 36-month term of supervised release with a special condition requiring him to make monthly payments toward a $150,000 fine imposed by the Court. (Doc. 553). The Probation Officer assigned to this case has advised the Court that the Defendant has complied with the terms of his supervision since his supervised release term began more than 20 months ago on February 17, 2010.

In support of his motion, the Defendant argues that he has served more than a year of his supervised release term, complied with and demonstrated a productive and positive attitude towards the terms of his supervision, and discharged his fine obligation in full. (Doc. 603). Having considered these statements along with the relevant factors set forth in 18 U.S.C.

1

§ 3583(e), the Court finds that the Defendant's conduct warrants termination of supervision and that such termination is in the interest of justice.

Accordingly, it is **ORDERED** that Defendant James Madison Brown's Motion for Early Termination of Supervised Release (Doc. 603) is **GRANTED**, the supervised release term imposed on January 16, 2009 is **TERMINATED**, and the Defendant is **DISCHARGED** from supervision.

**DONE** and **ORDERED** this the **2nd** day of **November 2011**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**